IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

|  |  |
|---|---|
| EDWARD D. McHONE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:17-cv-02778-DCC |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) **ORDER** |
| Defendant. | ) |

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

   | | |
   |---|---|
   | Mediation: | April 30, 2018 |
   | Joint Stipulation: | May 30, 2018 |
   | Cross Motions for Judgment: | May 30, 2018 |
   | Replies: | June 6, 2018 |

**AND, IT IS SO ORDERED.**

      s/Donald C. Coggins, Jr.
The Honorable Donald C. Coggins, Jr.
United States District Judge

March 27, 2018
Spartanburg, South Carolina